1922. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles S. Haight, Mr. John W. Griffin* and *Mr. Wharton Poor* for petitioners. *Mr. John M. Woolsey, Mr. Delbert M. Tibbetts, Mr. Charles C. Burlingham* and *Mr. Roscoe H. Hupper* for respondents.

---

No. 631. TRUSTS & GUARANTEE COMPANY, LIMITED, EXECUTOR, ETC., *v.* HOOSIER VENEER COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George T. Buckingham* and *Mr. Marquis Eaton* for petitioner. *Mr. H. P. Young* for respondent.

---

No. 647. HANNAH CANARD BARNETT ET AL. *v.* W. A. KUNKEL ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. November 13, 1922. Petition for a writ of certiorari herein denied. *Mr. Lewis C. Lawson, Mr. Francis Stewart, Mr. Malcolm E. Rosser, Mr. Joseph C. Stone* and *Mr. Charles A. Moon,* for appellants, in support of the petition. No appearance for appellees.

---

No. 551. HENRY E. DEKAY *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. William L. Wemple* for petitioner. No brief filed for the United States.

---

No. 571. HARRY MICHELSOHN *v.* CHARLES F. DITTMAR, AS TRUSTEE, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the